**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| LYNN FARMER, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | )   Civil Action No.:     1:09-cv-53-SRW |
| CAPITAL ONE BANK, N.A., a foreign | ) |
| company, and EQUIFAX INFORMATION | ) |
| SERVICES, LLC, a foreign limited liability | ) |
| company, | ) |
| | ) |
| *Defendants.* | ) |

**NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF
DEFENDANT EQUIFAX INFORMATION SERVICE, LLC**

COMES NOW Plaintiff, Lynn Farmer, by and through counsel, and gives notice to this

Honorable Court that the Plaintiff has settled all pending claims with Defendant Equifax

Information Services, LLC.  That the Plaintiff hereby requests that the following stated

Defendant be dismissed with prejudice from this lawsuit:  Equifax Information Services, LLC.


Respectfully submitted this the 4th day of February, 2009.


/s/ Andy Nelms
K. Anderson Nelms (NEL022)
2005 Cobbs Ford Road, Suite 301-A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the foregoing

NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE AS TO EQUIFAX

INFORMATION SERVICE, LLC**.** through this court's CM/ECF Electronic Filing system to

ensure delivery to :

All attorneys of record.

/s/ Andy Nelms
OF COUNSEL