**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 5, 2009

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Lynn Farmer v. Captial One Bank, N.A. , et al.
        Civil Action No. 1:09-cv-00053-SRW

Pursuant to the Notice of Settlement and Dismissal with Prejudice filed by the plaintiff on 2/4/2009, Defendant Equifax Information Services, LLC is dismissed with prejudice from this lawsuit.