IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LYNN FARMER, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:09-CV-53 |
| CAPITAL ONE BANK, N.A., a foreign company, and EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, | ) |
|     Defendants. | ) |

## NOTICE OF RESOLUTION

COMES NOW, Defendant Capital One Bank (USA), N.A. ("Capital One"), improperly designated at Capital One Bank, NA., and hereby notifies the Court that Plaintiff, Lynn Farmer, and Capital One are in the process of resolving Plaintiff's claims against Capital One. A Joint Stipulation of Dismissal will be filed within the next thirty (30) days.

    Respectfully submitted,

    s/W. Drake Blackmon
    Rik S. Tozzi
    ASB-7144-Z48R
    W. Drake Blackmon
    ASB-1566-W86B
    STARNES & ATCHISON LLP

{B1036673}

>PO Box 598512
>Birmingham, AL 35259-8512
>Telephone: 205-868-6000
>Fax: 205-868-6099
>rtozzi@starneslaw.com
>dblackmon@starneslaw.com
>Attorneys for Defendant, Capital One Bank
>(USA), N.A. incorrectly designated as
>Capital One Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel:

Mr. Lynn Farmer
127 Old Fadette Road
Slocomb, Alabama  36375


>s/ W. Drake Blackmon
>OF COUNSEL

{B1036673}